IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BARBARA H. LEE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) Civil Action No.: 3:15-cv-357 |
| Defendants. | ) |

**MOTION TO INTERVENE OF SENATOR MARK OBENSHAIN,
VIRGINIA COUNTY ELECTION OFFICIALS, AND VIRGINIA VOTERS**

Proposed Intervenors Senator Mark Obenshain, Tammy Alexander, Sherman Cain, Tony Guiffre, Dawn Williams, Frank Birckhead, Joan Elaine Salm, John William Salm, III, Tom Lester, and Jean Gannon, move to intervene as defendants in this case under Federal Rule of Civil Procedure 24.[1]  Each of the Proposed Intervenors has a strong interest in protecting the voting laws of the Commonwealth of Virginia that Plaintiffs seek to challenge.  This strong interest will be harmed if Plaintiffs' requested relief is granted, and no existing defendant will adequately represent it.  Defendants have consented to this requested intervention.  Plaintiffs oppose this intervention.  The Court should grant the motion to intervene as of right or, in the alternative, permissive intervention.

---

[1] Because Plaintiffs are scheduled to file an amended complaint on August 14, Proposed Intervenors cannot yet file an answer as contemplated by Fed. R. Civ. P. 24(c).  Proposed Intervenors suggest that they be required to file an answer on August 28 (the same day the named Defendants' answer is due) or seven days after this Motion is granted, whichever is later.

Dated: August 14, 2015          Respectfully submitted,

/s/ Mark R. Lentz
Michael A. Carvin (*pro hac vice* pending)
Anthony J. Dick (*pro hac vice* to be filed)
Michael Murray (*pro hac vice* to be filed)
Stephen Vaden (*pro hac vice* pending)
Mark R. Lentz (VSB No. 77755)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
macarvin@jonesday.com
ajdick@jonesday.com
mmurray@jonesday.com
svaden@jonesday.com
mrlentz@jonesday.com

*Counsel for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2015, a copy of the Motion to Intervene was filed electronically with the Clerk of Court using the ECF system which will send notification to the following ECF participants:

| | |
|---|---|
| Marc Erik Elias<br>Bruce V. Spiva<br>Elisabeth C. Frost<br>Aria C. Branch<br>Amanda R. Callais<br>PERKINS COIE, LLP<br>700 13th Street, N.W., Suite 600<br>Washington, D.C. 20005-3960<br>Tel. (202) 434-1627<br>Fax (202) 654-9106<br>MElias@perkinscoie.com<br>BSpiva@perkinscoie.com<br>EFrost@perkinscoie.com<br>ABranch@perkinscoie.com<br>ACallais@perkinscoie.com | Mark Fernlund (Thor) Hearne, II<br>ARENT FOX LLP<br>112 S. Hanley Road<br>Clayton, MO 63105<br>Tel. (314) 296-4000<br>Fax (202) 857-6395<br>thor.hearne@arentfox.com<br><br>Stephen Gerard Larson<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Tel. (213) 443-7616<br>Fax (202) 857-6395<br>stephen.larson@arentfox.com |
| Joshua L. Kaul<br>PERKINS COIE, LLP<br>1 East Main Street, Suite 201<br>Madison, WI 53703-5118<br>Tel. (608) 663-7460<br>Fax (608) 283-1007<br>JKaul@perkinscoie.com | Dana Johannes Finberg<br>ARENT FOX LLP<br>55 2nd Street, 21st Floor<br>San Francisco, CA 94150<br>Tel. (650) 798-0375<br>Fax (650) 798-0310<br>dana.finberg@arentfox.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Dated: August 14, 2015

                                        /s/ Mark R. Lentz
                                        Mark R. Lentz
                                        *Counsel for Proposed Intervenors*