IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **BARBARA H. LEE, et al.,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| v. | ) <br> ) <br> ) |
| **VIRGINIA STATE BOARD OF ELECTIONS, et al.,** | ) <br> )    Civil Action No.: 3:15-cv-357 <br> ) <br> ) |
| **Defendants.** | ) <br> ) <br> ) |

### [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

Having considered the Motion to Intervene of Senator Mark Obenshain, Tammy Alexander, Sherman Cain, Tony Guiffre, Dawn Williams, Frank Birckhead, Joan Elaine Salm, John William Salm, III, Tom Lester, and Jean Gannon, and finding that, pursuant to Federal Rule of Civil Procedure 24 it is proper to do so, it is hereby **ORDERED** that the Proposed Intervenors' Motion is **GRANTED**. It is further **ORDERED** that the Proposed Intervenors shall electronically file their Answer to the Amended Complaint by August 28, 2015, or no later than seven days after the date of this Order, whichever date is later.

      **IT IS SO ORDERED.**

 

                                                                         The Hon. Henry E. Hudson
                                                                       United States District Judge

Richmond, Virginia

Date: August _____, 2015