IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BARBARA LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                                    ) | No. 3:15CV357 HEH |
| ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants Virginia State Board of Elections; James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections; Dr. Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections; Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections; the Virginia Department of Elections; and Edgardo Cortés, in his capacity as Commissioner of the Virginia State Board of Elections (collectively "Defendants"), move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the First Amended Complaint filed by plaintiffs Barbara H. Lee, Gonzalo J. Aida Brescia, and the Democratic Party of Virginia (collectively "Plaintiffs").  For the reasons explained in the accompanying Memorandum in Support, this Court lacks subject matter jurisdiction over Plaintiffs' claims, and Plaintiffs have failed to state a claim upon which relief may be granted.

Defendants hereby request a hearing on their Motion to Dismiss.

DATED: August 28, 2015            Respectfully submitted,

*/s/ Dana J. Finberg*
DANA J. FINBERG
Arent Fox LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Tel: (415) 757-5500.
Fax: (415) 757-5501
dana.finberg@arentfox.com

MARK F. (THOR) HEARNE, II
Arent Fox LLP
112 S. Hanley Road, Suite 200
Clayton, MO 63105
Tel: (314) 296-4000
Fax: (202) 857-6395
thornet@ix.netcom.com

STEPHEN G. LARSON
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Tel: (213) 629-7400
Fax: (213) 629-7401
stephen.larson@arentfox.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system on August 28, 2015, to the following:

Joshua L. Kaul
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703

Marc E. Elias
Bruce V. Spiva
Elisabeth C. Frost
Aria C. Branch
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005-3690


            */s/ Dana J. Finberg*
            Dana J. Finberg
            Arent Fox LLP

            *Counsel for Defendants*