IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BARBARA H. LEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:15CV357-HEH |
| | ) |
| VIRGINIA STATE BOARD OF ELECTIONS, *et al.* | ) |
| | ) |
| Defendants. | ) |

### ORDER
(Denying Motion to Intervene; Granting Leave to Participate as *Amici Curiae*)

THIS MATTER is before the Court on a Motion to Intervene, filed on August 14, 2015, with a memorandum in support thereof (ECF Nos. 34, 35), through which Senator Mark Obenshain, Tammy Alexander, Sherman Cain, Tony Guiffre, Dawn Williams, Frank Birckhead, Joan Elaine Salm, John William Salm, III, Tom Lester, and Jean Gannon (collectively, the "Proposed Intervenors") seek to intervene as defendants in the above-captioned matter. Upon due consideration and for the reasons stated in the accompanying Memorandum Opinion, the Motion to Intervene is DENIED.

The Court, nonetheless, ORDERS that the Proposed Intervenors may participate as *amici curiae*, and hereby GRANTS leave for them to do so.

The Court further ORDERS that the Proposed Intervenors may file a single memorandum of law, not to exceed twenty pages, addressing Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 48). Such brief SHALL be filed on or before **Tuesday, September 15, 2015**.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Sept. 4, 2015
Richmond, Virginia