IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BARBARA LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:15CV357 HEH |
| ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully request a two-day extension of time to file their reply in support of their motion to dismiss, up to and including until Wednesday September 23, 2015. In support of this motion, Defendants state as follows:

1. Defendants filed their motion to dismiss on August 28, 2015.

2. As provided by this Court's Order dated September 2, 2015 (D.I. 56), Plaintiffs timely filed their response in opposition last Tuesday, September 15, 2015.

3. Pursuant to the Federal Rules of Civil Procedure and the Local Rule of this Court, Defendants' reply brief is due today.

4. Defendants request a two-day extension for their reply brief due to the complexity of this case and the illness of lead counsel over the weekend.

5. Oral argument on Defendants' motion to dismiss is scheduled for October 23, 2015. Accordingly, the requested two-day extension will not interfere with the timely consideration of this motion or otherwise impact the schedule set by the Court.

6. As Defendants' reply will conclude the parties' briefing on the motion to dismiss, there is no prejudice to Plaintiffs by reason of this two-day extension.

7. Counsel for Defendants met and conferred with counsel for Plaintiffs regarding this request for a two-day extension, and Plaintiffs have indicated that they have no objection to this request.

A sketch order granting the relief sought is being submitted with this unopposed motion.

DATED: September 21, 2015                    Respectfully submitted,

*/s/ Dana J. Finberg*
DANA J. FINBERG
Arent Fox LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Tel: (415) 757-5500.
Fax: (415) 757-5501
dana.finberg@arentfox.com

MARK F. (THOR) HEARNE, II
Arent Fox LLP
112 S. Hanley Road, Suite 200
Clayton, MO 63105
Tel: (314) 296-4000
Fax: (202) 857-6395
thornet@ix.netcom.com

STEPHEN G. LARSON
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Tel: (213) 629-7400
Fax: (213) 629-7401
stephen.larson@arentfox.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system on September 21, 2015, to the following:

Joshua L. Kaul
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703

Marc E. Elias
Bruce V. Spiva
Elisabeth C. Frost
Aria C. Branch
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005-3690

*/s/ Dana J. Finberg*
DANA J. FINBERG
Arent Fox LLP

*Counsel for Defendants*