IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| BARBARA LEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:15CV357 HEH |
| | ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER EXTENDING TIME TO FILE REPLY**

THIS MATTER is before the Court on an Unopposed Motion for Enlargement of Time to File a Reply in Support of Defendants' Motion to Dismiss, filed by Defendants' Virginia State Board of Elections, *et al.*, on September 21, 2015. Based upon the representations in the motion and due to the complexity of this case, the Court finds the requested two-day extension of time to be warranted. Because the motion is unopposed, and finding it appropriate to do so for good cause shown, the Court hereby GRANTS the motion for enlargement of time.

It is ORDERED that Defendants shall have up to and including <u>Wednesday, September 23, 2015</u>, to file a reply in support of their motion to dismiss plaintiffs' amended complaint.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: _____
Richmond, Virginia

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system on September 21, 2015, to the following:

Joshua L. Kaul
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703

Marc E. Elias
Bruce V. Spiva
Elisabeth C. Frost
Aria C. Branch
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005-3690

*/s/ Dana J. Finberg*
DANA J. FINBERG
Arent Fox LLP

*Counsel for Defendants*