IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| BARBARA H. LEE, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 3:15 CV 00357 HEH |
| v. | ) ) ) | |
| VIRGINIA STATE BOARD OF ELECTIONS, et al., | ) ) ) ) | |
| *Defendants*. | ) ) | |

## MOTION TO QUASH SUBPOENA AND/OR FOR PROTECTIVE ORDER OF TERESA F. SMITHSON, GENERAL REGISTRAR

Pursuant to Fed. R. Civ. P. 45(d)(3)(A), non-parties Teresa F. Smithson, General Registrar, and the Hanover County Electoral Board, by and through the undersigned counsel, hereby move this Court to quash the subpoena *duces tecum* issued by the Plaintiffs on September 21, 2015, and/or issue a protective order with respect to such subpoena.

For the reasons outlined in the attached Memorandum in Support, this Court should quash the subpoena *duces tecum* because it is overly broad and unduly burdensome, and/or issue a protective order with respect to the subpoena to narrow the scope to permissible bounds.

TERESA F. SMITHSON,
GENERAL REGISTRAR, ET AL.

By: _____/s/_____
Counsel

Yvonne S. Gibney (VSB No. 26074)
Deputy County Attorney
OFFICE OF THE COUNTY ATTORNEY
Post Office Box 470
Hanover, Virginia  23069-0470
(804) 365-6035
(804) 365-6302 (facsimile)
ysgibney@hanovercounty.gov
*Counsel to Teresa F. Smithson, General Registrar
and Hanover County Electoral Board*

Case 3:15-cv-00357-HEH-RCY   Document 78   Filed 10/07/15   Page 3 of 3 PageID# 569

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Respectfully submitted,

_____/s/_____
Yvonne S. Gibney, VSB No. 26074
Deputy County Attorney
OFFICE OF THE COUNTY ATTORNEY
Post Office Box 470
Hanover, Virginia 23069-0470
(804) 365-6035
(804) 365-6302 (facsimile)
ysgibney@hanovercounty.gov
*Counsel for Teresa F. Smithson, General Registrar and Hanover County Electoral Board*