IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

BARBARA H. LEE, *et al.*,            )
                                     )
               *Plaintiffs*,    )
                                     )
v.                                   )    Civil Action No. 3:15 CV 00357 HEH
                                     )
VIRGINIA STATE BOARD                 )
OF ELECTIONS, *et al.*,              )
                                     )
               *Defendants*.    )

**MOTION TO WITHDRAW MOTION TO QUASH
AND/OR FOR PROTECTIVE ORDER
OF TERESA F. SMITHSON, GENERAL REGISTRAR**

      Nonparties Teresa F. Smithson, General Registrar, and the Hanover County Electoral Board, by counsel, move this Court for entry of an Order allowing them to withdraw the Motion to Quash Subpoena and/or for Protective Order of Teresa F. Smithson, General Registrar. A copy of a proposed Order is attached hereto. Counsel for plaintiffs have represented that they have no objection to entry of the proposed Order.

      WHEREFORE, Teresa F. Smithson, General Registrar, and the Hanover County Electoral Board respectfully request entry of an Order withdrawing their Motion for to Quash Subpoena and/or for Protective Order (Docket No. 78) previously filed on October 7, 2015.

                                    TERESA F. SMITHSON,
                                    GENERAL REGISTRAR, ET AL.

                        By: _____/s/_____
                                      Counsel

Yvonne S. Gibney (VSB No. 26074)
Deputy County Attorney
OFFICE OF THE COUNTY ATTORNEY
Post Office Box 470
Hanover, Virginia  23069-0470
(804) 365-6035
(804) 365-6302 (facsimile
ysgibney@hanovercounty.gov
*Counsel to Teresa F. Smithson, General Registrar*
*and Hanover County Electoral Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

        Respectfully submitted,

        _____/s/_____
        Yvonne S. Gibney (VSB No. 26074)
        Deputy County Attorney
        OFFICE OF THE COUNTY ATTORNEY
        Post Office Box 470
        Hanover, Virginia  23069-0470
        (804) 365-6035
        (804) 365-6302 (facsimile
        ysgibney@hanovercounty.gov
        *Counsel to Teresa F. Smithson, General Registrar and Hanover County Electoral Board*