IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

BARBARA H. LEE, *et al.*, )
)
                 Plaintiffs, )
)
v. )   Civil Action No. 3:15 CV 00357 HEH
)
VIRGINIA STATE BOARD )
OF ELECTIONS, *et al.*, )
)
                 Defendants. )

**ORDER TO WITHDRAW MOTION TO QUASH SUBPOENA
AND/OR FOR PROTECTIVE ORDER**

This matter is before the court on the Motion to Withdraw Motion to Quash Subpoena and/or for Protective Order of Teresa F. Smithson, General Registrar. On October 7, 2015, nonparties Teresa F. Smithson, General Registrar, and the Hanover County Electoral Board (collectively "Registrar") filed a Motion to Quash Subpoena and/or for Protective Order (ECF No. 78) and Memorandum in Support (ECF No. 79). Upon further consideration, the Registrar now requests that the Motion to Quash Subpoena and/or for Protective Order be withdrawn. Counsel for plaintiffs have no objection to entry of this order.

It is therefore ORDERED that the Registrar's Motion to Quash Subpoena and/or for Protective Order of Teresa F. Smithson, General Registrar, is hereby withdrawn.

                                          /s/
                                 Henry E. Hudson
                                 United States District Judge

October *16*, 2015
Richmond, Virginia