IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BARBARA H. LEE, *et al.*,  Plaintiffs,  v.  VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,  Defendants. | Civil Action No. 3:15-CV-357 |

**MOTION FOR RECONSIDERATION**

COME NOW Plaintiffs the Democratic Party of Virginia, Barbara H. Lee, and Gonzalo Aida Brescia (collectively, "Plaintiffs"), by and through counsel, and move this Court pursuant to Federal Rule of Civil Procedure 59(e) to reconsider its Memorandum Opinion and Order (ECF. Nos. 110 - 111) granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. Specifically, Plaintiffs request reconsideration of this Court's dismissal of Plaintiffs' intentional discrimination claims in Counts IV and V of the Amended Complaint. Plaintiffs' respectfully suggest that this Court's dismissal of those counts on standing grounds constitutes clear legal error and failure to reconsider their dismissal will result in manifest injustice.

For the foregoing reasons, Plaintiffs ask that the Court reconsider its dismissal of Counts IV and V of Plaintiffs' Amended Complaint and, upon reconsideration thereof, reinstate those claims. As required, this motion is supported by an accompanying memorandum in support thereof.

Respectfully submitted,

DATED: January 11, 2016

By: */s/ Amanda R. Callais*
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
Aria Branch (VSB # 83682)
Amanda R. Callais (VSB # 85891)
Ceridwen Cherry (admitted *pro hac vice*)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: EFrost@perkinscoie.com
Email: ABranch@perkinscoie.com
Email: ACallais@perkinscoie.com
Email: CCherry@perkinscoie.com

Joshua L. Kaul (admitted *pro hac vice*)
**PERKINS COIE LLP**
1 East Main Street, Suite 201
Madison, WI 53703-5118
Telephone: 608.663.7460
Facsimile: 608.283.1007
Email: JKaul@perkinscoie.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On January 11, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Dana J. Finberg
Arent Fox LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Tel: 415.757.5500
Fax: 415.757.5501
dana.finberg@arentfox.com

Mark F. (Thor) Hearne, II
Arent Fox LLP
112 S. Hanley Road, Suite 200
Clayton, MO 63105
Tel: 314.296.4000
Fax: thornet@ix.netcom.com

Stephen G. Larson
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Tel: 213.629.7400
Fax: 213.629.7401
stephen.larson@arentfox.com

*Attorneys for Defendants*

By */s/ Amanda R. Callais*
Amanda R. Callais (VSB #85891)
Perkins Coie LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
ABranch@perkinscoie.com

*Attorney for Plaintiffs*