IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

BARBARA LEE, *et al.*,

    Plaintiff,

v.

VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,

    Defendants.

No. 3:15CV357 HEH

**DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING EXHIBITS A, B, G AND H TO MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DPVA'S STANDING TO ASSERTCLAIMS ON BEHALF OF INDIVIDUAL VOTERS ALLEGEDLY IMPACTED BY VIRGINIA'S VOTER IDENTIFICATION LAW**

Defendants Virginia State Board of Elections; James B. Alcorn, in his capacity as Chairman of the Virginia State Board of Elections; Dr. Clara Belle Wheeler, in her capacity as Vice-Chair of the Virginia State Board of Elections; Singleton B. McAllister, in her capacity as Secretary of the Virginia State Board of Elections; the Virginia Department of Elections; and Edgardo Cortés, in his capacity as Commissioner of the Virginia State Board of Elections (collectively "Defendants"), by and through counsel, pursuant to Rule 5 of the Local Civil Rules, respectfully move for an order granting Defendants' Motion to File Under Seal Exhibits A, B, G and H to its Memorandum In Support of Defendants' Motion for Partial Summary Judgment Regarding DPVA's Standing to Assert Claims on Behalf of Individual Voters Allegedly Impacted by Virginia's Voter Identification Law.

Exhibits A, B, G and H to Defendants' Motion for Partial Summary Judgment sought to be filed under seal are being filed under seal via the court's ECF website contemporaneously herewith as allowed by Local Civil Rule 5. The grounds for this motion are set forth in the accompanying Memorandum in Support of this Motion.

A proposed order is attached.

DATED:  February 5, 2016    Respectfully submitted,

*/s/ Dana J. Finberg*
DANA J. FINBERG
Arent Fox LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Tel:  (415) 757-5500
Fax:  (415) 757-5501
dana.finberg@arentfox.com

MARK F. (THOR) HEARNE, II
Arent Fox LLP
112 S. Hanley Road, Suite 200
Clayton, MO 63105
Tel:  (314) 296-4000
Fax:  (202) 857-6395
thornet@ix.netcom.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system on February 5, 2016, to the following:

Marc E. Elias
Bruce V. Spiva
Elisabeth C. Frost
Aria C. Branch
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005-3690

Joshua L. Kaul
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703

*/s/ Dana J. Finberg*
DANA J. FINBERG

*Counsel for Defendants*