IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BARBARA LEE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> VIRGINIA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | No. 3:15CV357 HEH |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DPVA'S STANDING TO ASSERT CLAIMS ON BEHALF OF INDIVIDUAL VOTERS ALLEGEDLY IMPACTED BY VIRGINIA'S VOTER IDENTIFICATION LAW**

Defendants move this Court to enter summary judgment, under Fed. R. Civ. P. 56 and this Court's Local Rules, against the Democratic Party of Virginia (DPVA). Based on uncontroverted evidence adduced in discovery, DPVA is not a traditional membership organization and cannot establish that it is the functional equivalent. Accordingly, DPVA does not have associational standing necessary to bring claims on behalf of any "affected voters" alleging that they were unable to cast a vote by reason of Virginia's voter identification requirements.

The reasons supporting this Motion are fully set forth in the accompanying Memorandum in Support.

DATED:  February 5, 2016

Respectfully submitted,

*/s/ Dana J. Finberg*
DANA J. FINBERG (VSB 34977)
Arent Fox LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Tel:  (415) 757-5500.
Fax:  (415) 757-5501
dana.finberg@arentfox.com

MARK F. (THOR) HEARNE, II
Arent Fox LLP
112 S. Hanley Road, Suite 200
Clayton, MO 63105
Tel:  (314) 296-4000
Fax:  (202) 857-6395
thornet@ix.netcom.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system on February 5, 2016, to the following:

Marc E. Elias
Bruce V. Spiva
Elisabeth C. Frost
Aria C. Branch
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, DC 20005-3690

Joshua L. Kaul
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703

*/s/ Dana J. Finberg*
DANA J. FINBERG