IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BARBARA H. LEE, *et al.*,   )
)
    Plaintiffs,   )
)
v.   )   Civil Action No. 3:15CV357–HEH
)
VIRGINIA STATE BOARD OF   )
ELECTIONS, *et al.*   )
)
    Defendants.   )

### ORDER

THIS MATTER is before the Court on Defendants' Motion for Partial Summary Judgement (ECF No. 145), filed on February 5, 2016. On February 8, 2016, all parties had a conference call with the Court to discuss this Motion.

By oral agreement of counsel, the matters raised in the Defendants' Motion for Partial Summary Judgement will be reserved for argument post-trial as part of argument on the merits.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                         /s/
                                             Henry E. Hudson
                                             United States District Judge

Date: Feb 8, 2016
Richmond, Virginia