# Attachment A

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0001 | 1/31/2012 | Video of Virginia House of Delegates Regular Session, January 31, 2012 | PLS0024310 | PLS0024310 | F; 106; 801 and/or 802; UT |
| PX0002 | | Transcript of Excerpt of Virginia House of Delegates Regular Session, January 31, 2012 | | | F; 106; 801 and/or 802; UT |
| PX0003 | 2/1/2012 | Video of Virginia House of Delegates Regular Session, February 1, 2012 | PLS0024311 | PLS0024311 | F; 106; 801 and/or 802; UT |
| PX0004 | | Transcript of Excerpt of Virginia House of Delegates Regular Session, February 1, 2012 | | | F; 106; 801 and/or 802; UT |
| PX0005 | 2/6/2012 | Video of Virginia State Senate Regular Session February 6, 2012 | | | F; 106; 801 and/or 802; UT |
| PX0006 | | Transcript of Excerpt of Virginia Senate Regular Session, February 6, 2012 | | | F; 106; 801 and/or 802; UT |
| PX0007 | 2/29/2012 | Video of Virginia House of Delegates Regular Session, February 29, 2012 | PLS0024312 | PLS0024312 | F; 106; 801 and/or 802; UT |
| PX0008 | | Transcript of Excerpt of Virginia House of Delegates Regular Session, February 29, 2012 | | | F; 106; 801 and/or 802; UT |
| PX0009 | 3/8/2012 | Video of Virginia House of Delegates Regular Session, March 8, 2012 | PLS0024313 | PLS0024313 | F; 106; 801 and/or 802; UT |
| PX0010 | | Transcript of Excerpts of Virginia House of Delegates Regular Session, March 8, 2012 | | | F; 106; 801 and/or 802; UT |
| PX0011 | 3/8/2012 | Video of Virginia House of Delegates Regular Session (Post-Recess), March 8, 2012 | PLS0024314 | PLS0024314 | F; 106; 801 and/or 802; UT |
| PX0012 | | Transcript of Excerpt of Virginia House of Delegates Regular Session (Post-Recess), March 8, 2012 | | | F; 106; 801 and/or 802; UT |
| PX0013 | 4/18/2012 | Video of Virginia House of Delegates Special Session, April 18, 2012 | PLS0024315 | PLS0024315 | F; 106; 801 and/or 802; UT |
| PX0014 | | Transcript of Excerpts of Virginia House of Delegates Special Session, April 18, 2012 | | | F; 106; 801 and/or 802; UT |
| PX0015 | 1/25/2013 | Video of Virginia Senate Regular Session, January 25, 2013 | PLS0024479 | PLS0024479 | F; 106; 801 and/or 802; UT |
| PX0016 | | Transcript of Excerpt of Virginia Senate Regular Session, January 25, 2013 | | | F; 106; 801 and/or 802; UT |
| PX0017 | 1/28/2013 | Video of Virginia Senate Regular Session, January 28, 2013 | PLS0024481 | PLS0024481 | F; 106; 801 and/or 802; UT |
| PX0018 | | Transcript of Excerpt of Virginia Senate Regular Session, January 28, 2013 | | | F; 106; 801 and/or 802; UT |
| PX0019 | 2/5/2013 | Video of Virginia Senate Regular Session, February 5, 2013 | PLS0024484 | PLS0024485 | F; 106; 801 and/or 802; UT |
| PX0020 | | Transcript of Excerpt of Virginia Senate Regular Session February 5, 2013 | | | F; 106; 801 and/or 802; UT |
| PX0021 | 2/20/2013 | Video of Virginia House of Delegates Regular Session (Post-Recess), February 20, 2013 | PLS0024318 | PLS0024318 | F; 106; 801 and/or 802; UT |
| PX0022 | | Transcript of Excerpt of Virginia House of Delegates Regular Session (Post-Recess), February 20, 2013 | | | F; 106; 801 and/or 802; UT |
| PX0023 | 4/9/2012 | SB 663 | | | Cond.; 402; 403 |
| PX0024 | 5/18/2012 | SB 1 | | | Cond.; 402; 403 |
| PX0025 | 3/25/2013 | SB 1256 | | | |

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0026 | 1/9/2013 | SB 964 | | | Cond.; 402; 403 |
| PX0027 | 1/9/2013 | SB 702 | | | Cond.; 402; 403 |
| PX0028 | 1/9/2013 | SB 1150 | | | Cond.; 402; 403 |
| PX0029 | | Legislative History of SB 663 | | | Cond; 402; 403 |
| PX0030 | | Legislative History of SB 1 | | | Cond; 402; 403 |
| PX0031 | | Legislative History of SB 1256 | | | |
| PX0032 | | Legislative History of SB 964 | | | Cond; 402; 403 |
| PX0033 | | Legislative History of SB 702 | | | Cond; 402; 403 |
| PX0034 | | Legislative History of SB 1150 | | | Cond; 402; 403 |
| PX0035 | | 1 VAC 20-40-90 | | | Cond; 402; 403 |
| PX0036 | | 1 VAC 20-40-10 | | | Cond; 402; 403 |
| PX0037 | 7/14/2014 | Virginia Register of Regulations, Vol. 30, Issue 23 | | | Cond; 402; 403 |
| PX0038 | 8/25/2014 | Virginia Register of Regulations, Vol. 30, Issue 26 | | | Cond; 402; 403 |
| PX0039 | 6/30/2014 | Virginia Register of Regulations, Vol. 30, Issue 22 | | | Cond; 402; 403 |
| PX0040 | | Example Virginia Driver's License | | | |
| PX0041 | 1/26/2016 | Printout of Virginia DMV Webpage: Veteran Identification Card | | | |
| PX0042 | 7/10/2015 | List of DMV Fees | | | |
| PX0043 | | Donald Palmer's Prepared Comments to the Presidential Commission on Election Administration | | | Cond.; 402; 403; 801 and/or 802; UT |
| PX0044 | 9/23/2005 | 9/23/2005 New York Times Article by J. Carter and J. Baker III, Voting Reform is in the Cards | | | Cond.; 402; 403; 801 and/or 802; UT |
| PX0045 | | Data Produced by DMV | | | Cond.; 106 |
| PX0046 | | Voter Files Produced by SBE/DOE | | | Cond.; 106 |
| PX0047 | 1/1/2016 | Voter Identification Chart | | | |
| PX0048 | 8/6/2014 | 8/6/2014 Letter from Kimberly Bowers to the Virginia State Board of Elections | | | Cond.; 801 and/or 802; F |
| PX0049 | | 2010 Virginia Census Data | | | |
| PX0050 | 5/18/2012 | Executive Order No. 45 (2012): Implementation of House Bill 9 and Senate Bill 1 Relating to Identification Requirements for Voters at the Polling Place on Election Day | | | Cond; 402; 403 |
| PX0051 | 10/5/2012 | Infosheet Informing Voters of ID Requirements | | | |
| PX0052 | 9/30/2012 | Information about Virginia's New Voter ID Law | | | |
| PX0053 | 12/4/2014 | 12/4/2014 Email from C. Sasnett to A. Leider RE Time Sensitive - Voter ID Outreach Post-Election Follow Up | | | 106; 602; 701; 801 and/or 802; F; UT |
| PX0054 | 2/22/2012 | 2/22/2012 Email from D. Hardwick to A. Leider RE Questions on 2008 General Election (Affirmations of Identity & Provisional Ballots) | | | 106; 602; 701; 801 and/or 802; F; UT |
| PX0055 | 9/28/2015 | 10/6/2014 Voters with No DMV Record by Precinct | | | Cond.; 901; F |
| PX0056 | 9/29/2015 | 7/23/2015 VA Dept. of Elections Voter ID Statistics Report | | | |
| PX0057 | 10/24/2012 | 9/18/2012 VA State Bd. of Elections What IF . . . Reference Guide | | | |

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0058 | 7/1/2012 | 7/12 Provisional Voter Notice - Identification (SBE-643) | | | |
| PX0059 | 11/5/2014 | List of Manassas County Pollbook Provisional Votes Counted, November 2014 General Election | | | F; 901; 801 and/or 802 |
| PX0060 | 9/24/2015 | 8/14/2014 Email from E. Cortes to General Registrars RE "Valid" IDs | | | |
| PX0061 | 9/24/2010 | 9/2010 State Bd. of Elections What IF . . . Reference Guide | | | |
| PX0062 | 6/23/2010 | 7/2010 Blank Affirmation of Identity | PLS0017807 | PLS0017807 | Cond; 402; 403 |
| PX0063 | 2/10/2014 | 2/10/2014 Letter from D. Palmer to Del. Brink RE Voters Without DMV-issued ID | PLS0017833 | PLS0017833 | Cond.; 801 and/or 802; F |
| PX0064 | 7/5/2012 | 7/5/2012 Email from M. Brissette to Lawyers' Committee RE FOIA Request for Affirmations of Identity | PLS0017838 | PLS0017839 | Cond.; 106; 801 and/or 802; F |
| PX0065 | 7/5/2012 | 7/5/2012 Letter from Lawyers' Committee to M. Brissette RE FOIA Request for Affirmations of Identity | PLS0017840 | PLS0017841 | Cond.; 106; 801 and/or 802; F |
| PX0066 | 7/5/2012 | VA State Bd. of Elections Spreadsheet RE Affirmations of Identity Completed from 2008 - 2012 Elections | PLS0017842 | PLS0017842 | Cond.; 106; 801 and/or 802; F |
| PX0067 | 10/31/2012 | 10/30/2012 Red line VA State Bd. of Elections Outreach Plan Press Release | PLS0018522 | PLS0018523 | Cond.; 106; 801 and/or 802; F |
| PX0068 | 11/7/2012 | 11/7/2012 Email from M. McClees to S. Lee RE 2012 Provisional Ballots Cast | PLS0018674 | PLS0018675 | Cond.; 106; 801 and/or 802; F |
| PX0069 | 3/7/2012 | 9/2010 VA State Bd. of Elections What IF . . . Reference Guide | PLS0018884 | PLS0018903 | |
| PX0070 | 10/2/2012 | 2012 Virginia Voter ID Covered Jurisdiction Submission | PLS0019170 | PLS0019176 | 402; 403 |
| PX0071 | 4/28/2015 | 9/2014 Virginia Photo ID User's Manual | PLS0012296 | PLS0012317 | |
| PX0072 | 10/2/2014 | 10/2/2014 Email from M. McClees to G. Cannan RE Election Questions and Concerns | PLS0013808 | PLS0013810 | Cond.; 106; 801 and/or 802; F |
| PX0073 | 10/2/2014 | 07/2014 Photo ID Flyer | PLS0013848 | PLS0013848 | |
| PX0074 | 2/4/2013 | 2/4/2013 Email from W. Baker to Del. Bell RE Obama and Photo IDs | LS00000255 | LS00000255 | F; 901; 801 and/or 802 |
| PX0075 | 10/15/2014 | 10/15/2014 Email from Del. Yost to E. Bentley RE Vote on Voter ID Law | LS00000684 | LS00000684 | F; 901; 801 and/or 802 |
| PX0076 | 1/29/2013 | 1/29/2013 Email from A. Fasolo to R. Minchew RE Voting ID laws | LS00000842 | LS00000842 | F; 901; 801 and/or 802 |
| PX0077 | 12/29/2015 | 1/29/2012 Email from S. Vandivere to district17@senate.virginia.gov RE Opposition to SB 1 | LS00001114 | LS00001114 | F; 901; 801 and/or 802 |
| PX0078 | 2/8/2013 | 2/8/2013 Email from M. Obenshain to B. Bailie RE Costs for Photo ID Bill | LS00005674 | LS00005674 | F; 901; 801 and/or 802 |
| PX0079 | 12/30/2015 | 1/19/2012 Email from A. Thomas to district27@senate.virginia.gov, et al. RE Opposition to SB1 and SB 55 | LS00006247 | LS00006247 | F; 901; 801 and/or 802 |
| PX0080 | 12/30/2015 | 2/22/2012 Email from C.B. Wheeler to Del. Bell RE Photo ID for voting . . . | LS00006410 | LS00006410 | F; 901; 801 and/or 802 |
| PX0081 | 12/30/2015 | 12/4/2012 Email from C. Stopps to district26@senate.virginia.gov RE Photo ID Law | LS00006552 | LS00006552 | F; 901; 801 and/or 802 |
| PX0082 | 12/30/2015 | 2/4/2013 Email from H. Amezquita to district05@senate.virginia.gov et al. RE Opposition to SB 719 to SB 1256 | LS00006767 | LS00006767 | F; 901; 801 and/or 802 |
| PX0083 | 12/30/2015 | 2/14/2013 Email from Sen. Black RE Voter ID Law | LS00006904 | LS00006904 | F; 901; 801 and/or 802 |

3

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0084 | 9/21/2014 | 9/21/2014 Email from S. Kenney to R. Bell RE Debate, plus a Voter Fraud disruption strategy | LS00010584 | LS00010584 | F; 901; 801 and/or 802 |
| PX0085 | 12/27/2012 | 12/27/2012 Email from cbwhandsur@aol.com to kgdamon@pheasridge.com et al. RE Photo ID Issue | LS00010717 | LS00010717 | F; 901; 801 and/or 802 |
| PX0086 | 12/28/2012 | 12/28/2012 Email from R. George to kgdamon@pheasridge.com RE Photo ID Issue | LS00010756 | LS00010756 | F; 901; 801 and/or 802 |
| PX0087 | 12/28/2012 | 12/28/2012 Email from R. Bell to K. Damon et al. RE Photo ID Issue | LS00010819 | LS00010819 | F; 901; 801 and/or 802 |
| PX0088 | 2/23/2012 | 2/23/2012 Email from J. Kwapisz to D. Albo RE SB 1 and Photo ID | LS00013036 | LS00013036 | F; 901; 801 and/or 802 |
| PX0089 | 1/14/2016 | 4/18/2012 Email from K. Cox to J. Eige RE Vote ID Bill | LS00013118 | LS00013118 | F; 901; 801 and/or 802 |
| PX0090 | 1/12/2013 | 1/12/2013 Email from J. Pellerin to R. Bell RE Voter ID Bill | LS00017642 | LS00017642 | F; 901; 801 and/or 802 |
| PX0091 | 9/26/2014 | 9/26/2014 Email from M. Brisette to C. Herring RE Voter ID Stats | VSBE0000457 | VSBE0000458 | 106; F; 901; 801 and/or 802 |
| PX0092 | 9/26/2014 | 8/26/2014 VA Dept. of Elections No DMV Record Counts | VSBE0000460 | VSBE0000462 | 106 |
| PX0093 | 2/2/2012 | 2/2/2012 Percentages of VA Voters with DMV Issued ID Cards by Locality | VSBE0000537 | VSBE0000540 | |
| PX0094 | 11/4/2014 | 11/4/2014 Email from M. McClees to E. Cortes RE Disenfranchised Voter | VSBE0000543 | VSBE0000545 | Cond.; 801 and/or 802 |
| PX0095 | 2/2/2012 | 2/2/2012 VA State Bd. of Elections DMV Issued ID Summary | VSBE0000546 | VSBE0000546 | |
| PX0096 | 11/4/2014 | 11/4/2014 Email from M. McClees to M. Davis RE Voter Complaint | VSBE0000565 | VSBE0000567 | Cond.; 801 and/or 802 |
| PX0097 | 9/26/2014 | VA State Bd. of Elections DMV Issued ID List | VSBE0000586 | VSBE0000586 | |
| PX0098 | 11/4/2014 | 11/04/2014 Email from E. Cortes to Registrars RE Issues with Photo ID | VSBE0000877 | VSBE0000877 | Cond.; 801 and/or 802 |
| PX0099 | 11/19/2014 | 7/5/2012 Email from M. Brissette to Lawyers' Committee RE FOIA Request for Affirmations of Identity | VSBE0001883 | VSBE0001884 | Cond.; 801 and/or 802 |
| PX0100 | 11/19/2014 | 7/5/2012 Letter from Lawyers' Committee to M. Brissette RE FOIA Request for Affirmations of Identity | VSBE0001885 | VSBE0001886 | Cond.; 801 and/or 802 |
| PX0101 | 8/21/2013 | 9/10/2013 Q&A Voter ID Implementation (SB1256) | VSBE0002073 | VSBE0002077 | |
| PX0102 | 1/8/2014 | 12/2/2013 VA State Bd. of Elections Meeting Minutes | VSBE0002083 | VSBE0002096 | Cond.; 801 and/or 802; F |
| PX0103 | 8/5/2013 | 8/5/2013 Memo RE Proposed Implementation plan of SB 1256 | VSBE0002204 | VSBE0002205 | Cond.; 801 and/or 802; F |
| PX0104 | 9/24/2015 | Virginia Voter Registration File | VSBE0008490 | VSBE0008490 | F |
| PX0105 | 4/13/2012 | 4/13/2012 Email from J. Eige to L. Hicks-Thomas and D. Palmer RE Del. Herring- Voter ID | VSBE0023300 | VSBE0023300 | Cond.; 801 and/or 802; F |
| PX0106 | 4/19/2012 | 4/19/2012 Email from J. Riemer to J. Palmore RE Quotes on Voter Fraud/Voter ID | VSBE0023487 | VSBE0023493 | Cond.; 801 and/or 802; F |
| PX0107 | 10/8/2013 | 10/8/2013 Email from D. Palmer to N. Sheridan et al. RE Daily Press Question | VSBE0023560 | VSBE0023562 | Cond.; 801 and/or 802; F |
| PX0108 | 8/29/2012 | 7/17/2012 Memorandum from D. Palmer to D. Timberlake RE Implementation Cost of Executive Order No. 45 | VSBE0024573 | VSBE0024576 | 106; Cond.; 801 and/or 802; F |
| PX0109 | 8/4/2014 | 8/4/2014 Email from N. Rodrigues to S. Lee RE July 2014 Voter ID Stats | VSBE0024722 | VSBE0024725 | Cond.; 801 and/or 802; F |
| PX0110 | 8/5/2014 | 8/5/2014 Email from E. Cortes to N. Rodrigues RE Photo ID Update | VSBE0024823 | VSBE0024825 | Cond.; 801 and/or 802; F |
| PX0111 | 8/5/2014 | 8/5/2014 Email from E. Cortes to N. Rodrigues RE Photo ID Update | VSBE0024831 | VSBE0024834 | Cond.; 801 and/or 802; F |

4

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0112 | 11/1/2013 | 11/1/2013 Email from N. Sheridan to C. James RE 2012 ID Provisional ballot data | VSBE0025099 | VSBE0025099 | 106; Cond.; 801 and/or 802; F |
| PX0113 | 11/13/2012 | 11/13/2012 Email from D. Palmer to L. Thomas-Hicks RE Comprehensive Review of the Elections Process | VSBE0027174 | VSBE0027176 | 106; Cond.; 801 and/or 802; F |
| PX0114 | 12/17/2012 | 12/17/2012 Email from D. Palmer to C. James RE Election Process Recommendations | VSBE0028080 | VSBE0028084 | Cond.; 801 and/or 802; F |
| PX0115 | 1/5/2013 | 1/5/2013 Email from L. Pugh to J. Riemer RE Proposed Bill for Sen. Obenshain | VSBE0028265 | VSBE0028267 | Cond.; 801 and/or 802; F |
| PX0116 | 1/6/2013 | HB 1337 Legislative Action Summary | VSBE0028277 | VSBE0028278 | 106; 402; 403; 801 and/or 802; F |
| PX0117 | 2/10/2014 | 1/3/2014 Letter to Governor-elect Terry McAuliffe RE Virginia's Voter ID Law | VSBE0028445 | VSBE0028448 | 106; Cond.; 801 and/or 802; F |
| PX0118 | 1/18/2013 | 1/18/2013 Email from L. Hicks-Thomas to J. Caldwell et al. RE Opinion on Voter Bills | VSBE0028505 | VSBE0028507 | Cond.; 701; 801 and/or 802; F |
| PX0119 | 1/18/2013 | 1/18/2013 Email from D. Palmer to L. Hicks-Thomas et al. RE Opinion on Voter Bills | VSBE0028508 | VSBE0028510 | Cond.; 701; 801 and/or 802; F |
| PX0120 | 11/20/2014 | 8/20/2013 VA State Board of Election Review of 2012 General Election | VSBE0028548 | VSBE0028565 | 106 |
| PX0121 | 2/21/2013 | 2/21/2013 Email from C. James to D. Palmer RE Answer on Amendment(s) this pm | VSBE0028988 | VSBE0028989 | Cond.; 801 and/or 802; F |
| PX0122 | 2/22/2013 | 2/22/2013 Email from D. Palmer to C. James RE Tweaked Version | VSBE0028992 | VSBE0028993 | Cond.; 801 and/or 802; F |
| PX0123 | 3/14/2013 | 3/14/2013 Email from L. Pugh to D. Palmer RE Instances of Illegal Voting | VSBE0029299 | VSBE0029299 | Cond.; 801 and/or 802; F |
| PX0124 | 4/3/2014 | 4/3/2014 Email from D. Palmer to N. Rodrigues et al. RE Voter ID Fiscal Impact | VSBE0029301 | VSBE0029303 | Cond.; 801 and/or 802; F |
| PX0125 | 4/3/2014 | 4/3/2014 Email from D. Palmer to G. Burgin RE Voter Photo Identification Cards | VSBE0029306 | VSBE0029307 | Cond.; 801 and/or 802; F |
| PX0126 | 3/15/2013 | 3/15/2013 Email from D. Palmer to C. James RE Discussion on Photo ID with Sen. Obenshain | VSBE0029314 | VSBE0029314 | Cond.; 801 and/or 802; F |
| PX0127 | 4/4/2014 | 4/4/2014 E. Cortes to N. Rodrigues RE Estimates for Implementing SB1256 | VSBE0029357 | VSBE0029358 | Cond.; 801 and/or 802; F |
| PX0128 | 4/10/2013 | 4/10/2013 Email from C. James to D. Palmer RE Statement on Photo ID Bill | VSBE0029586 | VSBE0029587 | Cond.; 801 and/or 802; F |
| PX0129 | 5/8/2013 | 5/8/2013 Email from D. Palmer to C. James RE Draft Thoughts on ID Implementation | VSBE0029928 | VSBE0029928 | 106; 801 and/or 802; F |
| PX0130 | 5/8/2013 | Notes from Telephonic Meeting with D. Palmer on May 8, 2013 in Response to Question | VSBE0029929 | VSBE0029930 | Cond.; 801 and/or 802; F; 106 |
| PX0131 | 6/16/2014 | 6/16/2014 Email from E. Cortes to N. Rodrigues RE Obenshain Letter | VSBE0030196 | VSBE0030197 | Cond.; 801 and/or 802; F |
| PX0132 | 6/16/2014 | 6/16/2014 Letter from D. Palmer to Sen. Obenshain RE "valid" Voter ID | VSBE0030198 | VSBE0030199 | Cond.; 801 and/or 802; F |
| PX0133 | 6/25/2014 | 6/25/2014 Email from N. Rodrigues to E. Cortes RE Obenshain Letter | VSBE0030355 | VSBE0030356 | Cond.; 801 and/or 802; F |
| PX0134 | 1/26/2015 | 1/26/2015 Email from E. Cortes and N. Rodrigues et al. RE SB 1061 | VSBE0030464 | VSBE0030465 | Cond.; 801 and/or 802; F |
| PX0135 | 7/15/2014 | 6/30/2014 Letter from D. Palmer RE Photo Identification Regulations | VSBE0030664 | VSBE0030664 | Cond.; 801 and/or 802; F; 106 |

5

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0136 | 2/10/2015 | 2/10/2015 Email from E. Cortes to N. Rodrigues et al. RE SENATE BILL 1061 | VSBE0030974 | VSBE0030976 | Cond.; 801 and/or 802; F |
| PX0137 | 5/20/2014 | 5/20/2014 Email from M. McClees to E. Cortes et al. RE Edits to Voter ID Regulation | VSBE0032356 | VSBE0032356 | Cond.; 801 and/or 802; F; 106 |
| PX0138 | 5/22/2014 | 5/22/2014 Email from S. Lee to C. Judd RE Voter ID Regulation Meeting | VSBE0032569 | VSBE0032569 | Cond.; 801 and/or 802; F |
| PX0139 | 5/28/2014 | 5/28/2014 Email from M. McClees to E. Cortes et al. RE Edits to Photo ID Regulation | VSBE0032697 | VSBE0032697 | Cond.; 801 and/or 802; F; 106 |
| PX0140 | 5/28/2014 | Redline 1VAC20-40-10 (Attachment to VSBE0032697) | VSBE0032698 | VSBE0032699 | Cond.; 801 and/or 802; F; 106 |
| PX0141 | 5/30/2014 | 5/30/2014 Email from S. Lee to E. Cortes et al. RE Public Relations Coordinator Job Description | VSBE0032873 | VSBE0032873 | Cond.; 106 |
| PX0142 | 5/30/2014 | 5/30/2014 Email from M. McClees to K. Bowers RE Recommendations for Voter ID regulations | VSBE0032884 | VSBE0032885 | Cond.; 801 and/or 802; 106 |
| PX0143 | 6/9/2014 | 6/9/2014 Email from M. Brissette to E. Cortes RE FOIA Request for Registered Voters Without Photo ID | VSBE0033153 | VSBE0033156 | Cond.; 801 and/or 802; 106 |
| PX0144 | 6/11/2014 | 6/10/2014 Final Photo ID Regulations 1VAC20-40-10 | VSBE0033329 | VSBE0033332 | Cond.; 106 |
| PX0145 | 6/16/2014 | 6/16/2014 Email from M. McClees to S. Lee et al. RE Voter ID questions | VSBE0033772 | VSBE0033773 | Cond.; 801 and/or 802; F |
| PX0146 | 6/16/2014 | 6/16/2014 Email from E. Cortes to Sen. Obenshain RE Photo ID Meeting | VSBE0033779 | VSBE0033779 | Cond.; 801 and/or 802; F |
| PX0147 | 6/24/2014 | 6/24/2014 Email from S. Lee to E. Cortes RE Proposed changes to 1VAC20-40-10 | VSBE0034341 | VSBE0034342 | Cond.; 801 and/or 802; F |
| PX0148 | 3/7/2014 | 3/7/2014 Email from D. Pierce to S. Lee RE Proposed Photo Voter Identification Card | VSBE0035096 | VSBE0035098 | Cond.; 801 and/or 802; F |
| PX0149 | 7/30/2014 | 7/30/2014 Email from R. Mansfield to E. Cortes RE K. Bowers Attendance at Board Meeting | VSBE0037424 | VSBE0037425 | Cond.; 801 and/or 802; F |
| PX0150 | 7/30/2014 | 7/30/2014 Email from M. Davis to R. Mansfield et al. RE Call with Sen. Obenshain's Office | VSBE0037438 | VSBE0037439 | Cond.; 801 and/or 802; F |
| PX0151 | 8/11/2014 | 8/2014 VA Dept. of Election Voter Identification Chart | VSBE0042658 | VSBE0042658 | Cond.; 106 |
| PX0152 | 5/13/2014 | Comments Submitted RE Proposed Regulations for Voter Photo ID Law | VSBE0042916 | VSBE0042939 | Cond.; 801 and/or 802; F; 106 |
| PX0153 | 9/4/2014 | Voter Photo ID Comparisons | VSBE0044798 | VSBE0044801 | Cond.; 106 |
| PX0154 | 9/15/2014 | 9/15/2014 Email from D. Pierce to C. Quinn et al. RE DMV Connect | VSBE0045359 | VSBE0045360 | Cond.; 801 and/or 802; F |
| PX0155 | 9/18/2014 | 8/5/2014 VA Dept. of Election Voter Photo Identification Presentation | VSBE0045884 | VSBE0045984 | Cond.; 106 |
| PX0156 | 9/26/2014 | 9/25/2014 Registered Voters with no DMV ID | VSBE0046550 | VSBE0046551 | Cond.; 106 |
| PX0157 | 9/30/2014 | 9/30/2014 Email from N. Rodrigues to P. Goheen RE Voter ID Outreach | VSBE0046923 | VSBE0046924 | Cond.; 801 and/or 802; F; 106 |
| PX0158 | 10/2/2014 | VA Dept. of Elections Voter Photo ID Application Form (English) | VSBE0047542 | VSBE0047542 | Cond.; 106 |
| PX0159 | 11/4/2014 | 11/4/2014 Email from E. Cortes to N. Rodrigues RE 3pm Briefing on Photo ID Issues | VSBE0051310 | VSBE0051310 | Cond.; 801 and/or 802; F |
| PX0160 | 1/8/2015 | Legislative Action Summary HB 1375 | VSBE0052548 | VSBE0052549 | 402; 403; F; 106 |

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0161 | 9/9/2014 | VA Dept. of Elections Election Night Provisional Counts, 2013 November General Election | VSBE0052961 | VSBE0052966 | Cond.; 106 |
| PX0162 | 11/5/2014 | VA Dept. of Elections Election Night Provisional Counts, 2014 November General Election | VSBE0053037 | VSBE0053040 | Cond.; 106 |
| PX0163 | 6/5/2015 | 6/5/2015 VA Dept. of Elections Voter Photo ID Statistics Report | VSBE0055973 | VSBE0055973 | Cond.; 106 |
| PX0164 | 1/6/2014 | Appendix B to Executive Order No. 62 (2013): Implementation of Senate Bill 1256 Relating to Identification Requirements for Voters at the Polling Place on Election Day | VSBE0059235 | VSBE0059361 | Cond.; 801 and/or 802; F; 106 |
| PX0165 | 5/2/2012 | 5/2/2012 Email from C. Judd to R. George RE Student Double Voting | VSBE0061427 | VSBE0061427 | Cond.; 801 and/or 802; F |
| PX0166 | 4/23/2012 | 4/23/2012 Email from D. Palmer to J. Eige RE Affirmations of Identity | VSBE0061815 | VSBE0061819 | Cond.; 801 and/or 802; F; 106 |
| PX0167 | 6/26/2012 | VA State Bd. of Elections Voter Education and Outreach Plan for Implementation of House Bill 9 and Senate Bill 1 | VSBE0064211 | VSBE0064226 | Cond.; 402; 403; 106 |
| PX0168 | 1/9/2013 | 1/9/2013 Email from J. Riemer to M. Davis RE Number Crunching on Photo ID | VSBE0066495 | VSBE0066495 | Cond.; 801 and/or 802; F |
| PX0169 | 1/18/2013 | This is the same email as VSBE0028508. We should use whichever one that we sent to the Governor's Office/Library. | VSBE0066814 | VSBE0066816 | Cond.; 701; 801 and/or 802; F |
| PX0170 | 1/20/2013 | 1/20/2013 Email from J. Riemer to D. Palmer et al. RE HB 1787 and HB 1788 | VSBE0066864 | VSBE0066865 | Cond.; 701; 801 and/or 802; F; 106 |
| PX0171 | 1/20/2013 | 1/20/2013 Email from J. Riemer to D. Palmer RE HB 1787 and HB 1788 | VSBE0066880 | VSBE0066881 | Cond.; 701; 801 and/or 802; F |
| PX0172 | 1/21/2013 | Dept. of Planning and Budget 2013 Fiscal Impact Statement RE HB1788 | VSBE0066886 | VSBE0066888 | 402; 403; 801 and/or 802; 106 |
| PX0173 | 1/23/2013 | Dept. of Planning and Budget 2013 Fiscal Impact Statement RE SB 1256 | VSBE0066927 | VSBE0066928 | Cond.; 106 |
| PX0174 | 1/26/2013 | HB 1787 Legislative Action Summary | VSBE0067048 | VSBE0067050 | 402; 403; F; 106 |
| PX0175 | 2/23/2013 | 2/23/2013 Email from D. Palmer to J. Riemer et al. RE Potential Amendments SB1256 | VSBE0067399 | VSBE0067400 | F; 402; 403; 801 and/or 802 |
| PX0176 | 4/1/2013 | 4/1/2013 Email from J. Riemer to D. Pierce RE Veterans ID Sample | VSBE0067624 | VSBE0067625 | Cond.; 402; 403 |
| PX0177 | 5/8/2013 | Notes from Telephonic Meeting with D. Palmer on May 8, 2013 in Response to Question | VSBE0067992 | VSBE0067992 | F; 402; 403; 801 and/or 802; 106 |
| PX0178 | 9/23/2014 | 9/23/2014 Email from S. Lee to Registrars RE Mailings to Voters Without DMV Issued IDs | VSBE0075570 | VSBE0075571 | Cond.; 106 |
| PX0179 | 5/10/2013 | VA State Bd. of Elections Voter Education and Outreach Plan for Implementation of House Bill 9 and Senate Bill 1 | VSBE0088085 | VSBE0088100 | Cond.; 402; 403; 106 |
| PX0180 | 6/19/2013 | VA State Bd. of Elections Voter Education Outreach Plan for Implementation of Senate Bill 1256 | VSBE0088329 | VSBE0088340 | Cond.; 106 |
| PX0181 | 11/6/2015 | Budget for Voter Outreach FY 2016 | VSBE0092943 | VSBE0092943 | Cond.; |
| PX0182 | 12/4/2015 | Excel Chart of Voter with DMV-IDs/without DMV-IDs | VSBE0095443 | VSBE0095443 | Cond.; F |
| PX0183 | 12/4/2015 | 8/1/2014 Letter RE Objection to Proposed Revision to the definition of "valid" | VSBE0095771 | VSBE0095772 | F; 402; 403; 801 and/or 802 |
| PX0184 | 3/24/2014 | 3/24/2014 Email from D. Palmer to T. Smithson RE Hanover Co.- Photo ID Article | VSBE0105213 | VSBE0105213 | Cond.; 402; 403 |

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0185 | 7/30/2012 | 7/30/2012 Email from J. Riemer to M. Sears RE Voters Not in DMV Data | VSBE0108803 | VSBE0108804 | Cond.; 801 and/or 802; F |
| PX0186 | 7/30/2012 | 7/30/2012 Email from J. Riemer to J. Riemer RE Stats on IDs | VSBE0108814 | VSBE0108815 | Cond.; 801 and/or 802; F |
| PX0187 | 10/3/2012 | 10/3/2012 Email from M. McClees to J. Riemer Veterans' ID | VSBE0113762 | VSBE0113764 | Cond.; 801 and/or 802; F |
| PX0188 | 10/31/2012 | 10/31/2012 Email from N. Sheridan to P. Stein RE Average Percentage of VA Voters Completing Affirmation of Identity | VSBE0114362 | VSBE0114364 | Cond.; 801 and/or 802; F |
| PX0189 | 1/6/2013 | Legislative Action Summary for HB1337 | VSBE0115401 | VSBE0115402 | 402; 403; 106 |
| PX0190 | 1/16/2013 | 1/16/2013 Email from R. Bell to J. Riemer RE Meeting About Voting-only ID Card | VSBE0115646 | VSBE0115648 | Cond.; 801 and/or 802; F |
| PX0191 | 1/25/2013 | 1/25/2013 Email from J. Riemer to D. Pierce RE Comments on HB 1787 | VSBE0115912 | VSBE0115912 | Cond.; 801 and/or 802; F |
| PX0192 | 9/12/2013 | 9/12/2013 Email from J. Riemer to M. McClees et al. RE Customer Inquiry RE Photo ID | VSBE0119941 | VSBE0119944 | Cond.; 801 and/or 802; F |
| PX0193 | 3/7/2013 | 3/7/2013 Email from J. Riemer to M. McClees RE Voter Fraud Statistics | VSBE0125021 | VSBE0125024 | Cond.; 801 and/or 802; F |
| PX0194 | 10/23/2015 | 8/11/2014 Dept. of Elections What IF . . . | VSBE0125663 | VSBE0125681 | |
| PX0195 | 9/4/2014 | Spreadsheet of Racial Breakdown of No DMV ID Voters | VSBE0130751 | VSBE0130751 | 106; 403; 602; 901; E; F |
| PX0196 | 1/18/2013 | 1/18/2013 Email from L. Hicks-Thomas to T. Martin RE Opinion on Voter Bills | VSBE0132962 | VSBE0132963 | Cond.; 801 and/or 802; F |
| PX0197 | 1/29/2013 | 1/29/2013 Email from D. Palmer to M. McClees et al. RE Comments on HB 1787 | VSBE0133276 | VSBE0133280 | Cond.; 801 and/or 802; F |
| PX0198 | 8/6/2014 | 8/6/2014 Email from D. Palmer to M. Obenshain RE Today's State Board of Election Vote | VSBE0133425 | VSBE0133427 | Cond.; 801 and/or 802; F |
| PX0199 | 1/21/2016 | Virginia Voting Records of Various Voters | VSBE0134688 | VSBE0134789 | |
| PX0200 | | Virginia Voting Record of C. Benagh | | | |
| PX0201 | | MetroAccess Card of C. Benagh | | | |
| PX0202 | | Passport of C. Benagh | | | |
| PX0203 | | Driver's License of C. Benagh | | | |
| PX0204 | 10/22/2015 | 10/22/2015 Email from M. L. Crabbe to C. Benagh | | | Cond.; 801 and/or 802 |
| PX0205 | | Virginia Voting Record of M. Jones | | | |
| PX0206 | 7/27/2001 | Virginia Voter Card of M. Jones | | | |
| PX0207 | | Driver's License of M. Jones | | | |
| PX0208 | 12/14/2015 | Expert Report of John Douglas Smith | | | Cond.; expert reports usually not admitted into evidence. |
| PX0209 | 12/14/2015 | Expert Report of Jonathan Rodden | | | Cond.; expert reports usually not admitted into evidence. |
| PX0210 | 12/14/2015 | Expert Report of Lorraine Minnite | | | Cond.; expert reports usually not admitted into evidence. |
| PX0211 | 12/14/2015 | Expert Report of Yair Ghitza | | | Cond.; expert reports usually not admitted into evidence. |

**Plaintiffs' Proposed Exhibit List**

| Trial Ex. # | Date | Name | ProdBegBates | ProdEndBates | Defendants' Objection(s) |
|---|---|---|---|---|---|
| PX0212 | 12/15/2015 | Expert Report of Allan Litchman | | | Cond.; expert reports usually not admitted into evidence. |
| PX0213 | 1/15/2016 | Reply Expert Report of John Douglass Smith | | | Cond.; expert reports usually not admitted into evidence. |
| PX0214 | 1/15/2016 | Reply Expert Report of Lorraine Minnite | | | Cond.; expert reports usually not admitted into evidence. |
| PX0215 | 1/19/2016 | Reply Expert Report of Allan Lichtman | | | Cond.; expert reports usually not admitted into evidence. |
| PX0216 | 1/21/2016 | Reply Expert Report of Jonathan Rodden | | | Cond.; expert reports usually not admitted into evidence. |
| PX0217 | | Data Relied upon by Dr. Jonathan Rodden | | | Cond.; UT; 106; 1001-1004 |