**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| BARBARA H. LEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:15CV357–HEH |
| | ) | |
| VIRGINIA STATE BOARD OF | ) | |
| ELECTIONS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**
**(Post-Trial Briefing)**

As agreed by the parties, each side will submit post-trial memoranda in lieu of closing arguments. Plaintiffs and Defendants will both submit an initial post-trial brief by **March 25, 2016,** which shall not exceed forty (40) pages in length. Each side may then submit a rebuttal brief by **April 1, 2016,** which shall not exceed fifteen (15) pages in length. Finally, both Plaintiffs and Defendants shall submit to the Court a pared down and succinct appendix of key exhibits.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

_____ /s/ _____
Henry E. Hudson
United States District Judge

Date: March 3 2016
Richmond, Virginia