MAY 19 2016

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

BARBARA H. LEE, *et al.*,                     )
                                              )
        Plaintiffs,                    )
                                              )
    v.                                      )    Civil Action No. 3:15CV357–HEH
                                              )
VIRGINIA STATE BOARD OF                       )
ELECTIONS, *et al.*                           )
                                              )
        Defendants.                    )

### FINAL ORDER

Following trial without a jury and post-trial briefing, and for the reasons set forth in the accompanying Memorandum Opinion, the Court finds Plaintiffs have standing to pursue the claims contained within the Amended Complaint.

The Court further finds Plaintiffs have failed to prove by a preponderance of the evidence that the Virginia voter ID law, either in its enactment or implementation, contravenes the Voting Rights Act, First Amendment, Fourteenth Amendment, Fifteenth Amendment, or the Twenty-Sixth Amendment.

Accordingly, the Court DENIES Defendants' Motion for Partial Summary Judgment (ECF No. 145) and DISMISSES Counts I through V of the Plaintiffs' Amended Complaint.  The Court DENIES Plaintiffs' request for injunctive relief.

The Clerk is directed to file this Order and notify all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: May 19, 2016
Richmond, Virginia