**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| BARBARA H. LEE, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>VIRGINIA STATE BOARD OF ELECTIONS, *et al.*,<br><br>        Defendants. | Civil Action No. 3:15-CV-357-HEH |

**PLAINTIFFS' NOTICE OF APPEAL TO THE FOURTH CIRCUIT FROM
MEMORANDUM OPINION AND FINAL JUDGMENT DISMISSING
PLAINTIFFS' CLAIMS AND DENYING INJUNCTIVE RELIEF**

      Notice is hereby given that Plaintiffs Barbara H. Lee, Gonzalo J. Aida Brescia and the Democratic Party of Virginia hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion (ECF No. 223) and Final Judgment (ECF. No. 224) dismissing Counts I through V of Plaintiffs' Amended Complaint and denying Plaintiffs' request for injunctive relief, entered in the above-captioned *Barbara H. Lee, et al., v. Virginia State Board of Elections, et al.*, 3:15-CV-357, on the 19th day of May, 2016.

Dated: May 25, 2016

/s/ *Amanda R. Callais*
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Elisabeth C. Frost (admitted *pro hac vice*)
Aria Branch (VSB # 83682)
Amanda R. Callais (VSB # 85891)
Ceridwen Cherry (admitted *pro hac vice*)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.434.1627
Facsimile: 202.654.9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: EFrost@perkinscoie.com
Email: ABranch@perkinscoie.com
Email: ACallais@perkinscoie.com
Email: CCherry@perkinscoie.com

Joshua L. Kaul (admitted *pro hac vice*)
**PERKINS COIE LLP**
1 East Main Street, Suite 201
Madison, WI 53703-5118
Telephone: 608.663.7460
Facsimile: 608.283.1007
Email: JKaul@perkinscoie.com

*Attorneys for Plaintiffs Barbara H. Lee, Gonzalo J. Aida Brescia and the Democratic Party of Virginia*

2

## **CERTIFICATE OF SERVICE**

I, Amanda R. Callais, hereby certify that, on May 25, 2016 I filed a copy of the foregoing Plaintiffs' Notice of Appeal to the Fourth Circuit from Memorandum Opinion and Final Judgment using the CM/ECF system, which on the same date sent notification of the filing to the following:

Dana J. Finberg
Sara Schneider
ARENT FOX LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Tel: 415.757.5500
Fax: 415.757.5501
dana.finberg@arentfox.com
sara.schneider@arentfox.com

Mark F. (Thor) Hearne, II
Stephen S. Davis
ARENT FOX LLP
112 S. Hanley Road, Suite 200
Clayton, MO 63105
Tel: 314.296.4000
thornet@ix.netcom.com
stephen.davis@arentfox.com

Kirsten A. Hart
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Tel: 213.629.7400
Fax: 213.629.7401
kirsten.hart@arentfox.com

*Attorneys for Defendants Virginia State Board of Elections,*
*James B. Alcorn, Dr. Clara Belle Wheeler, Singleton B. McAllister,*
*Virginia Department of Elections and Edgardo Cortes*

Respectfully Submitted,

*/s/ Amanda R. Callais*

Amanda R. Callais (VSB # 85891)
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
E-mail: ABranch@perkinscoie.com

*Attorney for Plaintiffs*

4