FILED: December 13, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1605
(3:15-cv-00357-HEH-RCY)

_____

BARBARA H. LEE; GONZALO J. AIDA BRESCIA; DEMOCRATIC PARTY OF VIRGINIA

   Plaintiffs - Appellants

v.

VIRGINIA STATE BOARD OF ELECTIONS; JAMES B. ALCORN, in his capacity as Chairman of the Virginia State Board of Elections; DR. CLARA BELLE WHEELER, in her capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. MCALLISTER, in her capacity as Secretary of the Virginia State Board of Elections; VIRGINIA DEPARTMENT OF ELECTIONS; EDGARDO CORTES, in his capacity as Commissioner of the Virginia Department of Elections

   Defendants - Appellees

------------------------------

VIRGINIA ELECTION OFFICIALS AND VOTERS; JUDICIAL EDUCATION PROJECT

   Amici Supporting Appellee

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK