FILED: January 4, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1605
(3:15-cv-00357-HEH-RCY)

_____

BARBARA H. LEE; GONZALO J. AIDA BRESCIA; DEMOCRATIC PARTY OF VIRGINIA

       Plaintiffs - Appellants

v.

VIRGINIA STATE BOARD OF ELECTIONS; JAMES B. ALCORN, in his capacity as Chairman of the Virginia State Board of Elections; DR. CLARA BELLE WHEELER, in her capacity as Vice-Chair of the Virginia State Board of Elections; SINGLETON B. MCALLISTER, in her capacity as Secretary of the Virginia State Board of Elections; VIRGINIA DEPARTMENT OF ELECTIONS; EDGARDO CORTES, in his capacity as Commissioner of the Virginia Department of Elections

       Defendants - Appellees

------------------------------

VIRGINIA ELECTION OFFICIALS AND VOTERS; JUDICIAL EDUCATION PROJECT

       Amici Supporting Appellee

_____

MANDATE

_____

The judgment of this court, entered 12/13/2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<u>/s/Patricia S. Connor, Clerk</u>